**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| AVA C. IVY, | ) | Case No. 18-06625 |
| | ) | |
| Debtor. | ) | Judge A. Benjamin Goldgar |

**CERTIFICATE OF SERVICE**

To:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on February 25, 2019, I caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, the following:

1. Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object.

The undersigned does hereby certify that a copy of this notice was served electronically or mailed to the above persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail at 2700 South River Road, Des Plaines, Illinois 60018, before 5:00 p.m. on or before February 25, 2018.

                                          /s/ *John E. Gierum*
                                               John E. Gierum

John E. Gierum, Esq.
GIERUM & MANTAS
2700 South River Road, Ste. 308
Des Plaines, IL 60018
847/318-9130
Atty. #: 0951803

## Service List
## Case No. 18-06625

Patrick S. Layng*
Office of the US Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, IL 60604-2027

Laura Dolores Frye*
Laura D. Frye, Ltd.
950 Main Street
Antioch, IL 60002

Ava C. Ivy
3678A Great Lakes Drive
Great Lakes, IL 60088


*ecf