**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| AVA C. IVY, | ) | Case No.  18-06625 |
| | ) | |
| Debtor. | ) | Judge A. Benjamin Goldgar |

**AMENDED CERTIFICATE OF SERVICE**

To:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on February 26, 2019, I caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, the following:

1. Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object.

The undersigned does hereby certify that a copy of this notice was served electronically or mailed to the above persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail at 2700 South River Road, Des Plaines, Illinois 60018, before 5:00 p.m. on or before February 26, 2018.

/s/ *John E. Gierum*
John E. Gierum

John E. Gierum, Esq.
GIERUM & MANTAS
2700 South River Road, Ste. 308
Des Plaines, IL 60018
847/318-9130
Atty. #: 0951803

# Service List
## Case No. 18-06625

Patrick S. Layng*
Office of the US Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, IL 60604-2027

Laura Dolores Frye*
Laura D. Frye, Ltd.
950 Main Street
Antioch, IL 60002

Ava C. Ivy
3678A Great Lakes Drive
Great Lakes, IL 60088

Discover Bank
Discover Products, Inc.
PO Box 3025
New Albany, OH 43054-3025

American Express National Bank
c/o Becket and Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

Capital One Bank (USA), N.A.
By American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank (USA), N.A.
By American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Navient Solutions, LLC
220 Lasley Avenue
Wilkes-Barre, PA 18706

American Express National Bank
c/o Beckett and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

PYOD, LLC its successors and assigns
as assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Merrick Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA 98083-0788

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Affinity Federal Credit Union
c/o Peter J. Liska, LLC
766 Shrewsbury Avenue
Tinton Falls, NJ 07724

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

*ecf